**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-2455**

———————

OSCAR L. THOMAS,

Plaintiff - Appellant,

versus

TOGO D. WEST, JR.,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CA-96-1501-A)

———————

Submitted:  May 28, 1998            Decided:  June 18, 1998

———————

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Oscar L. Thomas, Appellant Pro Se.  Major Thomas Mercer Ray, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Oscar L. Thomas appeals the district court's order granting Defendant summary judgment in Thomas's action alleging retaliatory discrimination under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e to 2000e-17 (1994), discrimination under the American with Disabilities Act, 42 U.S.C. § 12101 (1994), fraud, and severe emotional and physical distress. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Thomas v. West, No. CA-96-1501-A (E.D. Va. Sept. 16, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2